UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVION DAVIS,<br><br>                Plaintiff,<br><br>   v.<br><br>GUDINO,<br><br>                Defendant. | Case No. 17-cv-03474-WHO  (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on February 25, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Davion Davis, Pro Se.

    ( ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Zewugeberhan Zegeye Desta.

    ( ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

    ( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: March 7, 2019

ROBERT M. ILLMAN
United States Magistrate Judge

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| DAVION DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>GUDINO,<br><br>    Defendant. | Case No. 17-cv-03474-WHO (RMI)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on March 7, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Davion Davis ID: AE1770
Salinas Valley State Prison
Cell B4-231
P.O. Box 1050
Soledad, CA 93960


Dated: March 7, 2019

                                                              Susan Y. Soong
                                                             Clerk, United States District Court

                                                             By:_____
                                                            Gloria Knudson, Deputy Clerk to the
                                                            Honorable ROBERT M. ILLMAN